| | |
|---|---|
| CAMPEAU GOODSELL SMITH, L.C.<br>SCOTT L. GOODSELL, #122223<br>GREGORY J. CHARLES, #208583<br>WILLIAM J. HEALY #146158<br>440 North 1st Street, Suite 100<br>San Jose, CA 95112<br>TEL. (408) 295-9555<br>FAX. (408)295-6606 | Case Name: In re: HSR GENERAL ENGINEERING CONTRACTORS INC<br>Case No.:10-58737<br>Adversary Proceeding Number:10-05309 |

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

### CERTIFICATE OF SERVICE

I declare that I am employed in the County of Santa Clara, California; I am over the age of 18 years, and not a party to the within entitled cause; my address is 440 N. 1st Street, Suite 100 San Jose, California 95112.

On <u>September 3, 2010</u> I served a copy of:

**1. Summons and Notice of Telephonic Status Conference in an Adversary Proceeding**
**2. Complaint to Avoid Preferential Transfers**
**3. Adversary Proceeding Cover Sheet**
**4. Order Setting Telephonic Case Management Conference**

BY MAIL, OR AS OTHERWISE NOTED, by placing a true copy thereof enclosed in a sealed envelope addressed to:

Safeco Insurance
Companies
PO Box 34526
Seattle, WA
98124-1526

Safeco Insurance
Companies
4333 Brooklyn
Ave NE
Seattle, WA
98105-1016

I am familiar with the firm's practice for collecting and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Jose, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury, under the laws of California, that the foregoing is true and correct.

Executed on <u>September 3, 2010</u>, at San Jose, California.

                                                        /s/ Jeff Goodsell
                                                        Jeff Goodsell