JAMES P. DIWIK (Bar No. 164016)
james.diwik@sdma.com
JOEL M. LONG (Bar No. 226061)
joel.long@sdma.com
SEDGWICK, DETERT, MORAN & ARNOLD LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105-1008
Telephone: 415.781.7900
Facsimile: 415.781.2635

Attorneys for Defendants
Safeco Insurance Companies,
Liberty Mutual Group,
Safeco Corporation, and
First National Insurance Company of America

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>HSR GENERAL ENGINEERING CONTRACTORS, INC.,<br><br>    Debtor. | Case No. 10-58737 CN<br><br>Chapter 11 |
| HSR GENERAL ENGINEERING CONTRACTORS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>SAFECO INSURANCE COMPANIES,<br><br>    Defendant. | Adversary No. 10-05309 CN<br><br>**DEFENDANTS' CASE MANAGEMENT STATEMENT**<br><br>Date:    December 14, 2010<br>Time:    2:00 p.m.<br>Judge:   Hon. Charles Novack |

Putative defendants Safeco Insurance Companies, Liberty Mutual Group, Safeco Corporation, and defendant First National Insurance Company of America (collectively, the "Defendants") submit this case management statement pursuant to the Court's September 2, 2010 Order Setting Telephonic Case Management Conference (the "Order"). As used below, the term "First National" includes all of the putative Defendants.

1

**A.  Preconference Discussions**

Plaintiff HSR General Engineering Contractors, Inc. ("HSR") has not contacted First National to meet and confer regarding case management issues pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and the Order.  However, First National has attempted to meet and confer with HSR regarding a proposed mediation between First National, HSR, and HSR's indemnitors under the January 2, 2008 General Agreement of Indemnity for Contractors executed in favor of First National as part of the consideration for First National to issue surety bonds on HSR's behalf.  Specifically, in an e-mail from First National's counsel to HSR's counsel dated December 1, 2010, First National proposed a mediation as just described to occur on or before January 26, 2011.  First National has not yet received a response from HSR regarding this proposal.

**B.  Statement of Legal Theories and Facts**

First National's legal theories and the facts supporting them are summarized in First National's opposition to HSR's previously filed motion for preliminary in this adversary proceeding.  (First National's opposition is Document No. 9 on the Court's docket.)

**C.  Parties' Position re: Bankruptcy Rules 7008 and 7012(b)**

The parties do not appear to dispute that this is a core proceeding.

**D.  Proposed Discovery Plan and Case Schedule**

At this time, First National does not propose any changes to the presumptive limits on discovery under the applicable federal rules and this Court's local rules.

Based on a September 19, 2011 trial date as proposed in Section E below, First National suggests the following case schedule:

June 20, 2011 – Fact discovery cut-off.

June 27, 2011 – Deadline to file/serve motions to compel re: fact discovery.

July 5, 2011 – Deadline to file/serve expert witness designations (both percipient and retained experts), including the written report required under Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure.

July 18, 2011 – Deadline to file/serve dispositve motions.

Sedgwick

1  <u>August 1, 2011</u> – Expert discovery cut-off.

2  <u>August 8, 2011</u> – Deadline to file/serve motions to compel re: expert discovery.

3  <u>September 5, 2011</u> – Pretrial conference.

4  <u>September 19, 2011</u> – Trial.

### E. Estimated Time for Trial and Proposed Trial Date

The FAC was filed on September 13, 2010. Thus, First National proposes a trial date approximately one year thereafter, or Monday, September 19, 2011. First National estimates that the trial will require three court days or less.

### F. Dispute Resolution

As discussed above, First National has proposed a private mediation between First National, HSR, and HSR's indemnitors to occur on or before January 26, 2011.

### G. Statement of Non-Governmental Corporate Party

First National it is part of a group of companies ultimately owned by Liberty Mutual Holding Company, Inc.

DATED: December 7, 2010          SEDGWICK, DETERT, MORAN & ARNOLD LLP


By: /s/ Joel M. Long
Joel M. Long
Attorneys for Defendants