GREGORY CHARLES, ESQ., BAR NO. 208583
CAMPEAU GOODSELL SMITH
440 North First Street, Ste. 100
San Jose, California 95112
Telephone: 408.295.9555
Facsimile: 408.852.0233
gcharles@campeaulaw.com

Counsel for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:<br><br>HSR GENERAL ENGINEERING CONTRACTORS, INC.,<br><br>    DEBTOR. | Case No. 10-58737<br><br>Chapter 11<br><br>Adversary No. 10-05309 |
| HSR GENERAL ENGINEERING CONTRACTORS, INC.,<br><br>    PLAINTIFF,<br><br>    V.<br><br>SAFECO INSURANCE COMPANIES,<br><br>    DEFENDANT. | STATUS CONFERENCE STATEMENT |

This adversary proceeding arises from First National Insurance Company's ("First National") willful hindrance of the HSR General Engineering Contractors, Inc.'s ("HSR") efforts to collect monies necessary for the reorganization of the debtor's estate. At the last status conference, HSR expressed an interest in meeting with First National towards a resolution of this matter. In conjunction with that representation, the following events transpired.

On or about December 12, 2010, HSR advised that it desired to meet with First National. First National responded and conditioned a meeting upon a written settlement proposal as well as supplying additional information. HSR provided both within two business days. Thereafter, First National demanded further information as a condition of a meeting.

STATUS CONFERENCE STATEMENT
1

1   The parties actually met for a number of hours on January 26, 2011. As a result of the meeting
2   First Union responded to HSR's offer made last December. The response included a counter offer
3   that HSR and the Dorsa's rejected.[1] Thereafter, HSR made an additional offer last week and is
4   awaiting a resply.

5   At this time, the court should enter a scheduling order, and the parties can agree upon a
6   discovery cutoff at the Case Management Conference.

Dated: March 4, 2011                        CAMPEAU GOODSELL SMITH
                                            A Law Corporation


                                            By:   /s/Gregory J. Charles
                                                  Gregory Charles
                                                  Attorneys for the Plaintiff

---

[1] Since the Dorsas are guarantors of the debtor's obligations, the parties are working toward a complete resolution.