SEDGWICK LLP
JAMES P. DIWIK (Bar No. 164016)
james.diwik@sedgwicklaw.com
JOEL M. LONG (Bar No. 226061)
joel.long@sedgwicklaw.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Putative Defendants
Safeco Insurance Companies, Liberty
Mutual Group, and Safeco Corporation
and Defendant First National Insurance
Company of America

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>HSR GENERAL ENGINEERING CONTRACTORS, INC.,<br><br>Debtor. | Case No. 10-58737<br><br>Chapter 11 |
| HSR GENERAL ENGINEERING CONTRACTORS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANIES, et al.,<br><br>Defendants. | Adversary No. 10-05309 CN<br><br>**MOTION TO FOR SANCTIONS AGAINST PLAINTIFF**<br><br>Date: August 12, 2011<br>Time: 2:00 p.m.<br>Judge: Hon. Charles Novack<br>Location: San Jose Courthouse<br>Courtroom 3070 |

The Defendants seek an order awarding the Defendants their attorney's fees in bringing their motion to compel and this companion motion to address HSR's discovery violations.

///

| | | |
|---|---|---|
| 1 | DATED: July 13, 2011 | SEDGWICK LLP |
| 2 | | By: /s/ Joel M. Long |
| 3 | | Joel M. Long<br>Attorneys for Putative Defendants Safeco Insurance Companies, Liberty Mutual Group, and Safeco |
| 4 | | Corporation, and Defendant First National Insurance Company of America |

SF/2280847v1