SEDGWICK LLP
JAMES P. DIWIK (Bar No. 164016)
james.diwik@sedgwicklaw.com
JOEL M. LONG (Bar No. 226061)
joel.long@sedgwicklaw.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Putative Defendants
Safeco Insurance Companies, Liberty
Mutual Group, and Safeco Corporation
and Defendant First National Insurance
Company of America

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>HSR GENERAL ENGINEERING CONTRACTORS, INC.,<br><br>Debtor. | Case No. 10-58737<br><br>Chapter 11 |
| HSR GENERAL ENGINEERING CONTRACTORS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANIES, et al.,<br><br>Defendants. | Adversary No. 10-05309 CN<br><br>**NOTICE OF HEARING ON MOTION TO FOR SANCTIONS AGAINST PLAINTIFF**<br><br>Date: August 12, 2011<br>Time: 2:00 p.m.<br>Judge: Hon. Charles Novack<br>Location: San Jose Courthouse<br>Courtroom 3070 |

Please take notice that on August 12, 2011, at 2:00 p.m., in Courtroom 3070 of the United States Bankruptcy Court for the Northern District of California located at 280 South First Street, San Jose, California, putative defendants Safeco Insurance Companies, Liberty Mutual Group,

SF/2280856v1

-1-

NOTICE OF HEARING ON MOTION FOR SANCTIONS AGAINST PLAINTIFF

| | |
|---|---|
| 1 | and Safeco Corporation and defendant First National Insurance Company of America |
| 2 | (collectively, the "Defendants") will move for an award of attorney's fees in connection with |
| 3 | bringing their motion to compel against plaintiff HSR General Engineering Contractors, Inc. |
| 4 | This motion is made pursuant to Rule 7037 of the Federal Rules of Bankruptcy Procedure, Rule |
| 5 | 37 of the Federal Rules of Civil Procedure, and Rules 7 and 37 of the Civil Local Rules. The |
| 6 | Defendants' motion is based on this notice of hearing, the accompanying motion, the |
| 7 | accompanying memorandum of points and authorities, the accompanying declaration of Joel M. |
| 8 | Long, the file and record in this matter, and any evidence or argument that may be presented at |
| 9 | the hearing on the motion. |

DATED: July 13, 2011                    SEDGWICK LLP

By: /s/ Joel M. Long
Joel M. Long
Attorneys for Putative Defendants Safeco Insurance
Companies, Liberty Mutual Group, and Safeco
Corporation, and Defendant First National Insurance
Company of America