**The following constitutes
the order of the court. Signed August 24, 2011**

_____
**Charles Novack
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>HSR GENERAL ENGINEERING CONTRACTORS, INC.,<br><br>Debtor. | Case No. 10-58737 CN<br><br>Chapter 11 |
| HSR GENERAL ENGINEERING CONTRACTORS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>SAFECO INSURANCE COMPANIES,<br><br>Defendant. | Adversary No. 10-5309<br><br>**SCHEDULING ORDER** |

A hearing on Defendant's motion to compel was held on August 12, 2011. Appearances were stated on the record. Good cause appearing;

**IT IS HEREBY ORDERED** that:

1. The parties are ordered to meet and confer by **August 19, 2011** to provide a definition re: "insolvency."

2. Plaintiff must respond to the interrogatories by **August 26, 2011**.

3. The parties shall exchange their F.R.B.P. 7026(a)(1) disclosures by **August 26, 2011**.

1

If there is non-compliance with F.R.B.P. 7026(a)(1), the non-complying party will not be able to use any information that should have been disclosed/exchange at trial.

**IT IS FURTHERED ORDERED** that the court is amending its previous order and continuing discovery through **September 30, 2011**.

Finally, the court will consider an award of monetary sanctions due to plaintiff's failure to comply with F.R.B.P. 7026(a)(1) upon submission of a supplemental declaration by defendant's counsel.

* * * **END OF ORDER** * * *

**COURT SERVICE LIST**

Gregory J. Charles
Campeau Goodsell Smith
440 N. 1st St., #100
San Jose, CA 95112

Joel M. Long
Sedgwick, Detert, Moran and Arnold LLC
One Market Plaza, 8th Fl
San Francisco, CA 94105