SEDGWICK LLP
JAMES P. DIWIK (Bar No. 164016; james.diwik@sedgwicklaw.com)
JOEL M. LONG (Bar No. 226061; joel.long@sedgwicklaw.com)
333 Bush Street, 30th Floor
San Francisco, California 94104
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Putative Defendants
Safeco Insurance Companies, Liberty
Mutual Group, and Safeco Corporation
and Defendant First National Insurance
Company of America

CAMPEAU GOODSELL SMITH, L.C.
GREGORY CHARLES (Bar No. 208583; gcharles@campeaulaw.com)
440 North First Street, Suite 100
San Jose, California 95112
Telephone: (408) 295-9555
Facsimile: (408) 852-0233

Attorneys for Plaintiff
HSR General Engineering Contractors, Inc.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>HSR GENERAL ENGINEERING CONTRACTORS, INC.,<br><br>Debtor. | Case No. 10-58737<br><br>Chapter 11 |
| HSR GENERAL ENGINEERING CONTRACTORS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANIES, et al.,<br><br>Defendants. | Adversary No. 10-05309 CN<br><br>**STIPULATION TO EXTEND FACT DISCOVERY CUTOFF AND DISPOSITIVE MOTION DEADLINE AS TO DEFENDANTS ONLY; [PROPOSED] ORDER THEREON** |

SF/2476645v1
-1-
STIPULATION TO EXTEND FACT DISCOVERY CUTOFF AND DISPOSITIVE MOTION DEADLINE AS TO DEFENDANTS ONLY; ORDER THEREON

Case: 10-05309   Doc# 42   Filed: 09/29/11   Entered: 09/29/11 19:06:36   Page 1 of 9

The parties to this adversary proceeding, by and through their respective counsel, and pursuant to B.L.R. 9006-1(c), enter into the following stipulation:

### **RECITALS**

A. On August 12, 2011, the Court granted defendants' motion to compel against plaintiff.

B. On August 24, 2011, the Court entered an order continuing the fact discovery cutoff to September 30, 2011 in order to permit defendants to review and copy documents to be produced by plaintiff in response to defendants' first request for production of documents and, thereafter, to conduct plaintiff's Fed.R.Civ.Proc. 30(b)(6) deposition.

C. At the status conference on September 7, 2011, defendants' counsel advised the Court that defendants were still waiting for proposed dates to review and copy plaintiff's documents and conduct plaintiff's Fed.R.Civ.Proc. 30(b)(6) deposition, and plaintiff's counsel indicated that these dates would be provided.

D. Subsequently, defendants' counsel requested proposed dates via numerous telephone calls and e-mails to plaintiff's counsel.

E. On September 26, 2011, defendants' counsel left a voice-mail message and sent a follow-up e-mail to plaintiff's counsel requesting a response and asking whether plaintiff's counsel would stipulate to an extension of the September 30, 2011 fact discovery cutoff in the event that the parties were unable to complete the above-referenced discovery by that date.

F. On September 27, 2011, plaintiff's counsel sent an e-mail response indicating that plaintiff was willing to stipulate and that he was "getting documents."

G. On September 28, 2011, defendants' counsel sent an e-mail response indicating that he would prepare a stipulation, but noting that defendants would be required to file a motion to compel to preserve their rights in the event that the stipulation was not approved. A copy of the e-mail string reflecting the communications discussed in Paragraphs E-G above is attached as Exhibit 1.

SF/2476645v1 -2-
STIPULATION TO EXTEND FACT DISCOVERY CUTOFF AND DISPOSITIVE MOTION DEADLINE AS TO DEFENDANTS ONLY; ORDER THEREON

Case: 10-05309 Doc# 42 Filed: 09/29/11 Entered: 09/29/11 19:06:36 Page 2 of 9

## AGREEMENT

1. The above recitals are incorporated into this stipulation.

2. The parties agree to and request that the Court approve an extension of the fact discovery cutoff from September 30, 2011, to October 31, 2011, for the sole purpose of permitting defendants to review and copy plaintiff's document production and conduct plaintiff's Fed.R.Civ.P. 30(b)(6) deposition.

3. The parties further agree to and request that the Court approve an extension of the deadline for defendants only to file dispositive motions from October 31, 2011, to November 30, 2011.

4. Because the Court has not yet set a trial date, the time extensions requested above will not affect the case schedule. Further, the time extensions requested above will obviate the need for defendants to file a second motion to compel to obtain the subject discovery. Thus, the parties submit that good cause exists for the time extensions requested above.

**IT IS SO AGREED.**

DATED: September 29, 2011    SEDGWICK LLP

By: /s/ Joel M. Long
Joel M. Long
Attorneys for Putative Defendants
Safeco Insurance Companies, Liberty Mutual Group, and Safeco Corporation and defendant First National Insurance Company of America

DATED: September 29, 2011    CAMPEAU GOODSELL SMITH, L.C.

By: /s/ Gregory Charles
Gregory Charles
Attorneys for Plaintiff
HSR General Engineering Contractors, Inc.

### B.L.R. 9006-1(c) DECLARATION OF JOEL M. LONG

I, Joel M. Long, declare as follows:

1. I am licensed to practice law before all courts of the State of California and before this Court, and I am an attorney with the law firm of Sedgwick LLP (formerly Sedgwick, Detert,

Moran & Arnold LLP), counsel of record for putative defendants Safeco Insurance Companies, Liberty Mutual Group, and Safeco Corporation and defendant First National Insurance Company of America. I am one of the attorneys who has performed legal services on defendants' behalf in this adversary proceeding, as well as on behalf of creditor First National Insurance Company of America in the main Chapter 11 bankruptcy proceeding.

2. The matters stated in this declaration are of my own personal knowledge except as to those matters which are based on information and belief, and as to those matters, I am informed and believe them to be true. If called upon I could and would competently testify to all matters stated in this declaration under oath.

3. The reason for the parties' stipulation to extend the fact discovery cutoff and dispositive motion deadline as described above is to permit defendants to review and copy plaintiff's document production and conduct plaintiff's Fed.R.Civ.P. 30(b)(6) deposition, while obviating the need for defendants to file a second motion to compel to obtain the subject discovery.

4. The fact discovery cutoff and the dispositive motion deadline have been modified once before in connection with defendants' prior motion to compel against plaintiff.

5. I do not believe that the time extensions requested by the parties will affect the case schedule based on the fact that that the Court has not yet set a trial date in this adversary proceeding.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of September, 2011.

/s/ Joel M. Long
Joel M. Long

# [PROPOSED] ORDER

Based on the stipulation of the parties and for good cause shown, the Court orders as follows:

1. The fact discovery cutoff is continued from September 30, 2011, to October 31, 2011, for the sole purpose of permitting defendants to review and copy plaintiff's document production and conduct plaintiff's Fed.R.Civ.P. 30(b)(6) deposition.

2. The deadline for defendants only to file dispositive motions is continued from October 31, 2011, to November 30, 2011.

**IT IS SO ORDERED.**

DATED: _____

_____
Charles Novack
United States Bankruptcy Court Judge

# EXHIBIT 1

**Long, Joel**

| | |
|---|---|
| From: | Greg Charles [gcharles@campeaulaw.com] |
| Sent: | Tuesday, September 27, 2011 5:11 PM |
| To: | Long, Joel |
| Subject: | Re: HSR v. Safeco Adv. Proc. |
| Importance: | High |

I will and I am getting your docs.

Gregory J. Charles, Esq.
Campeau Goodsell Smith, LC
440 North 1st Street, Ste. 100
San Jose, California 95112

Telephone: 408.295.9555
Mobile: 408.493.0363
Facsimile: 408.852.0233
gcharles@campeaulaw.com

PRIVILEGED AND CONFIDENTIAL: The information contained in this e-mail and any attached documents are confidential, and may be an attorney-client communication subject to the attorney-client or work product privilege. If you are not the intended recipient or the person responsible for delivering the message to the intended recipient, any review, disclosure, copying, distribution, or use of the contents of this e-mail or any attached document is strictly prohibited. If you have received this e-mail in error, please destroy it and notify the sender immediately by telephone (408.295.9555) or e-mail.

IRS CIRCULAR 230 NOTICE: Any tax advice given herein is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or (iii) recommending to another party any matter or transaction addressed herein.

On Sep 26, 2011, at 12:45 PM, Long, Joel wrote:

Greg:

I just left a message. I have not heard back from you, and the deadline to complete this discovery (document review/copying and deposition) is this Friday. I would appreciate a response. And if we are unable to complete the discovery this week (which seems likely), then I assume that you/HSR will stipulate to continuing the September 30 deadline for a short period of time. Please confirm.

**Joel M. Long**
joel.long@sedgwicklaw.com | 415.627.1432 *direct*

<image001.png>

*Our San Francisco office has moved. Please note the new address.*
*Phone and fax numbers remain the same.*

333 Bush Street, 30th Floor
San Francisco, CA 94104-2834
415.781.7900 *phone* | 415.781.2635 *fax* | www.sedgwicklaw.com

1

**From:** Long, Joel
**Sent:** Wednesday, September 21, 2011 11:24 AM
**To:** 'Greg Charles'
**Subject:** FW: HSR v. Safeco Adv. Proc.
**Importance:** High

Greg:

I am following up on the request below and as discussed at the September 13, 2011 status conference. I just called your office three times, and I think you may be having some phone issues, because the first two times I was transferred and no one picked up, and the third time reception didn't pick up and I was on hold. In any event, please immediately provide dates for a document review and HSR's 30(b)(6) deposition, both of which need to be completed by September 30.

**Joel M. Long**
joel.long@sedgwicklaw.com | 415.627.1432 *direct*

<image001.png>

*Our San Francisco office has moved. Please note the new address.*
*Phone and fax numbers remain the same.*

333 Bush Street, 30th Floor
San Francisco, CA 94104-2834
415.781.7900 *phone* | 415.781.2635 *fax* | www.sedgwicklaw.com

---

**From:** Long, Joel
**Sent:** Wednesday, September 07, 2011 3:56 PM
**To:** 'Greg Charles'
**Subject:** HSR v. Safeco Adv. Proc.

Greg:

As you know, the defendants wish to review and copy HSR's document production in response to the defendants' discovery and then take HSR's FRCP 30(b)(6) deposition, all to occur before September 30, 2011. Please provide available dates for the document review and copying, preferably within the next week to ten days. Please also provide available deposition dates within the last ten days or so of September.

Thanks.

**Joel M. Long**
joel.long@sedgwicklaw.com | 415.627.1432 *direct*

<image001.png>

*Our San Francisco office has moved. Please note the new address.*
*Phone and fax numbers remain the same.*

333 Bush Street, 30th Floor
San Francisco, CA 94104-2834
415.781.7900 *phone* | 415.781.2635 *fax* | www.sedgwicklaw.com

---

The information in this email is intended for the named
recipients only. It may contain privileged and confidential
matter. If you have received this email in error, please

notify the sender immediately by replying to this email.
Do not disclose the contents to anyone.  Thank you.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance
with Treasury Department regulations, we inform you that
any U.S. federal tax advice contained in this correspondence
(including any attachments) is not intended to be used, and
cannot be used, for the purpose of (i) avoiding penalties that
may be imposed under the U.S. Internal Revenue Code or
(ii) promoting, marketing or recommending to another party
any transaction or matter addressed herein.

3